

SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

SUE FAHAMI
Executive Assistant United States Attorney
District of Nevada
Nevada Bar No. 5634
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 4 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED**<br>**CRIMINAL INDICTMENT** |
| Plaintiff, | Case No: 2:25-cr-307-APG-BNW |
| v. | **VIOLATIONS:** |
| JESSE ROSS COWIE, | 18 U.S.C. § 2252A(a)(2) and (b)(1) –<br>Receipt of Child Pornography |
| Defendant. | 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) –<br>Possession of Child Pornography |

**THE GRAND JURY CHARGES THAT**:

### COUNT ONE
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2) and (b)(1))

Beginning at a time unknown but no later than on or about August 27, 2021, and continuing up to and including on or about January 5, 2022, in the State and Federal District of Nevada,

JESSE ROSS COWIE,

defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that had been mailed, shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, and that had been shipped and transported using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT TWO
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B), (b)(2))

Beginning at a time unknown but no later than on or about August 27, 2021, and continuing up to and including on or about April 4, 2024, in the State and Federal District of Nevada,

**JESSE ROSS COWIE,**

defendant herein, knowingly possessed a book, magazine, periodical, film, videotape, computer disk, and other material, namely several digital devices and hard-drives, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to depictions of a minor who had not attained twelve (12) years of age engaged in sexual acts or conduct, and that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by a means that included by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

2

## FORFEITURE ALLEGATION
Receipt of Child Pornography and
Possession of Child Pornography

1. The allegations contained in Counts One and Two of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

2. Upon conviction of any of the felony offenses charged in Counts One and Two of this Criminal Indictment,

### JESSE ROSS COWIE,

defendant herein, shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B):

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B) or any property traceable to such property:

1. One (1) blue Dell Laptop, serial no. 6B9MGH2, containing a 1TB SATA Hard Drive, Model No. CT1000MX500SSD1, Serial No. 2119E59EAB4A;

2. One (1) Fujitsu 500GB SATA Hard Drive, Model No. MJA2500BH, Serial No. K93TTA12EBSK;

3. One (1) Red HP Laptop, Serial No. CND9163X5S, containing a Western Digital 500GB SATA Hard Drive, Model No. WD5000LPCX, Serial No. WX51A38K342R;

4. One (1) Toshiba 3TB External Hard Drive, Serial No. 24QTDAKGSU17;

3

5. One (1) Dane Elec 1GB Thumb Drive;

6. One (1) Black HP Laptop, Model No. CQ60-211DX, Serial No. 2CE90893JZ, containing a Seagate 160GB SATA Hard Drive, Model No. ST9160310AS, Serial No. 5SV46JZM;

7. One (1) HP Simple Save 1TB External Hard Drive, Model No. HPBAAD0010BK-01, Serial No. WCAV59740551;

8. One (1) Seagate 2TB Free Agent Go Flex External Hard Drive, Model No. 9ZQ2N2-500, Serial No. NA0L3PPK;

9. One (1) Toshiba 2TB External Hard Drive, Serial No. 5W02KU6E;

10. One (1) Seagate 5TB Expansion Drive, Model No. SRD0NF2, Serial No. NA8EKGDP; and

11. Motorola GFast Cell Phone 32GB, IMEI No. 359121101237817, ICCID No. 89012401327545777544.

All under 18 U.S.C. §§ 2252A(a)(2), 2252A(a)(5)(B), 2253(a)(1), and 2253(a)(3).

**DATED:** this 14th day of October 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Executive Assistant United States Attorney

_____
AFROZA YEASMIN
Assistant United States Attorney

4