**SUB**
OSVALDO E. FUMO, ESQ.
Nevada Bar No. 5956
OSVALDO E. FUMO, CHTD.
601 LAS VEGAS BLVD., SOUTH
LAS VEGAS, NEVADA 89101
EMAIL: ozzie@fumolaw.com/ kristine.fumolaw@gmail.com
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant
JESSE ROSS COWIE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-00307-APG-BNW-1 |
| Plaintiff, | |
| v. | |
| JESSE ROSS COWIE, | |
| Defendant. | |

## SUBSTITUTION OF ATTORNEY

JESSE ROSS COWIE, Defendant, hereby substitutes OSVALDO E. FUMO, ESQ., of

PITARO & FUMO, Chtd., 601 Las Vegas Boulevard, South, Las Vegas, Nevada 89101, 702-

474-7554, as attorney of record in place and stead of JOANNE L DIAMOND, ESQ, of the

Federal Public Defender's Office.

DATED this 28 day of March , 2026.

_____
JESSE ROSS COWIE, Defendant

-1-

I hereby consent to the above and foregoing substitution.

DATED this ___30___ day of ___March_____, ~~2007.~~2026

FEDERAL PUBLIC DEFENDER

By: *Joanne L Diamond*
JOANNE L DIAMOND, ESQ.
Email: joanne_diamond@fd.org
Ph: 702-388-6577

Above substitution accepted.

DATED: _____

**PITARO & FUMO, CHTD.**

By: _____
OSVALDO E. FUMO, ESQ.
Nevada Bar No. 5956
Email: kristine.fumolaw@gmail.com
Attorney for Defendant

Please check one: _____ RETAINED, or __x__ APPROVED BY THE COURT

APPROVED:

DATED this _31st_ day of _March_____ 2026.

_____
UNITED STATES MAGISTRATE JUDGE
