TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSE ROSS COWIE,

Defendant.

Case No. 2:25-cr-00307-APG-BNW

STIPULATION TO CONTINUE SENTENCING (First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Michael Miceli, counsel for Defendant Jesse Ross Cowie, that the Sentencing currently scheduled for October 14, 2026 at 1:30 p.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The government has submitted a request to the National Center for Missing and Exploited Children (NCMEC) for the identification of any potential victims. The government has not yet received a response.

2. A response from NCMEC is necessary for the government to comply with its obligations under the Crime Victims' Rights Acts (CVRA) and adequately contact and notify potential victims of the pending sentence.

3. NCMEC has indicated they are in receipt of the request but a report is not ready yet. Once it is ready, the government will need time to contact and notify identified victims ahead of sentencing.

4. Thus, the parties are requesting a continuance to provide adequate time to receive the necessary reports, establish required contact, and adequately prepare for sentencing after satisfying our obligations under the CVRA.

5. The defendant is currently at liberty and does not object to the continuance.

6. The parties agree to the continuance.

This is the first request for a continuance of the sentencing.

DATED this 27th day of August, 2026.

TODD BLANCHE
Attorney General

By: */s/ Afroza Yeasmin*
AFROZA YEASMIN
Assistant United States Attorney

By: */s/ Michael Miceli*
MICHAEL MICELI
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESSE ROSS COWIE,<br>Defendant. | Case No. 2:25-cr-00307-APG-BNW<br><br>ORDER |

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for October 14, 2026 at 1:30 p.m., be vacated and continued to January 6, 2027, at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 28th day of August, 2026.

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE