TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESSE ROSS COWIE,<br>Defendant. | Case No. 2:25-cr-00307-APG-BNW<br><br>STIPULATION TO CONTINUE SENTENCING (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Michael Miceli, counsel for Defendant Jesse Ross Cowie, that the Sentencing currently scheduled for January 6, 2027 at 1:30 p.m., be vacated and set to a date and time convenient to this Court, but no sooner than February 8, 2027.

This Stipulation is entered into for the following reasons:

1. Counsel for the government is anticipated to be out of the district the week of January 3, 2027, and January 31, 2027.

2. Given the complexity of the instant matter it is necessary that the assigned counsel for the government be able to appear personally at sentencing.

3. Additionally, counsel for the defendant needs additional time to prepare for the sentencing and gather necessary mitigation.

4. The defendant is currently at liberty and does not object to the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the sentencing.

Dated this 19th day of November, 2026.

TODD BLANCHE
Attorney General

By: */s/ Afroza Yeasmin*
AFROZA YEASMIN
Assistant United States Attorney

By: */s/ Michael Miceli*
MICHAEL MICELI
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSE ROSS COWIE,

Defendant.

Case No. 2:25-cr-00307-APG-BNW

ORDER

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for January 6, 2027 at 1:30 p.m., be vacated and continued to February 17, 2027, at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 20th day of November, 2026.

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE